| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>La Rue, Denise K. | 2. Court or Organization<br><br>U.S. Courts Southern District of Indiana | 3. Date of Report<br><br>05/09/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>     magistrate judges indicate full- or part-time)<br><br>Magistrate Judge-FT | 5a. Report Type (check appropriate type)<br><br>☐ Nomination        Date<br>☐ Initial    ☑ Annual        ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>255 United States Courthouse<br>46 East Ohio Street<br>Indianapolis, IN 46204 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| La Rue, Denise K. | 05/09/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Barclay Card USA | Credit Card (Master Card and Visa) | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| La Rue, Denise K. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RBC WEALTH MNGMT IRA (Guardian Variable Annutiy) #1 (H) | | | | | | | | | |
| 2. -Alliance Bernstein VPS International Value | A | Int./Div. | J | T | | | | | |
| 3. -Black Rock Large Cap Core | A | Int./Div. | J | T | | | | | |
| 4. -Columbia Variable Portfolio Small Cap Value Fund | A | Int./Div. | J | T | | | | | |
| 5. -Fidelity VIP Contra Fund | A | Int./Div. | K | T | | | | | |
| 6. -Fidelity MidCap Portfolio | A | Int./Div. | K | T | | | | | |
| 7. -Franklin Small Cap Value | A | Int./Div. | J | T | | | | | |
| 8. -Franklin US Government Securities | A | Interest | J | T | | | | | |
| 9. -RS Investment Quality Bond VIP Series | A | Interest | J | T | | | | | |
| 10. -RS Low Duration Bond VIP Series | A | Interest | J | T | | | | | |
| 11. -RS Large Cap Alpha VIP Series | A | Dividend | K | T | | | | | |
| 12. -MFS Utilities Series SC | A | Int./Div. | J | T | | | | | |
| 13. -Oppenheimer Capital Appreciation VA SC | A | Dividend | J | T | | | | | |
| 14. -Oppenheimer Main Street Small & Mid Cap Fund VA | A | Dividend | J | T | | | | | |
| 15. -Oppenheimer Global Strategic Income VA SC | A | Interest | J | T | | | | | |
| 16. -Pioneer Cullen Value VCT Class II | A | Dividend | K | T | | | | | |
| 17. -Pioneer Mid Cap Value VCT Class II | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| La Rue, Denise K. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -PIMCO Total Return Advisor Class | A | Interest | J | T | | | | | |
| 19. -Columbia Variable Portfolio Seligman Global Technology | A | Dividend | J | T | | | | | |
| 20. -Wells Fargo International Equity | A | Int./Div. | K | T | | | | | |
| 21. -Alliance Bernstein Intl | A | Dividend | J | T | | | | | |
| 22. RBC WEALTH MNGMNT Brokerage Account #2 (H) | | | | | | | | | |
| 23. -RBC Bank Deposit | A | Interest | L | T | | | | | |
| 24. -Market Vectors Agriculture ETF | A | Dividend | | | Sold | 12/16/15 | K | A | |
| 25. -Wisdom Tree Trust | A | Dividend | J | T | | | | | |
| 26. -First Trust Dorsey Wright Focus ETF | A | Dividend | | | Buy | 08/20/15 | J | | |
| 27. -First Trust Dorsey Wright Focus ETF | A | Dividend | | | Sold | 12/16/15 | J | A | |
| 28. -First Trust Large Cap Value | A | Dividend | | | Sold | 12/16/15 | J | A | |
| 29. -TRowe Price tax Free Short IntermediateBond Fund | A | Interest | K | T | Sold (part) | 08/19/15 | K | A | |
| 30. -iShares Investment Grade Corporate Bond Fund | A | Interest | K | T | | | | | |
| 31. -iShares S&P MidCap 400 Growth Index Fund | A | Dividend | J | T | | | | | |
| 32. - iShares S&P MidCap 400 Value Index Fund | A | Dividend | J | T | | | | | |
| 33. -iShares S&P Small Cap 600 Value Index Fund | A | Dividend | J | T | | | | | |
| 34. -Powershares Areospace Index Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| La Rue, Denise K. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Central Fund of Canada | A | Dividend | J | T | | | | | |
| 36. -Utilites Select SPDR Index Fund | A | Dividend | J | T | | | | | |
| 37. -Oppenheimer Developing Markets Fund | A | Dividend | J | T | | | | | |
| 38. -iShares Dow Jones US Energy Sector Index Fund | A | Dividend | | | Sold | 12/16/15 | J | A | |
| 39. -First Eagle Gold Fund | A | Dividend | K | T | | | | | |
| 40. -First Eagle Global Fund | A | Dividend | K | T | | | | | |
| 41. -Brookfield Infrastructure Income Fund | A | Dividend | | | Sold | 12/16/15 | J | A | |
| 42. -Fidelity Real Estate Fund | A | Dividend | J | T | | | | | |
| 43. -Hennessy gas Utility Fund | A | Dividend | J | T | | | | | |
| 44. -Salient Trend Fund | A | Distribution | K | T | Buy | 12/30/15 | K | | |
| 45. -Invesco Market Neutral Fund | A | Distribution | K | T | Buy | 12/18/15 | K | | |
| 46. -Catalyst Hedge Fund | A | Distribution | K | T | Buy | 12/21/15 | K | | |
| 47. REB Wealth MNGMT(Pac Life Variable Annuity) #3 (H) | | | | | | | | | |
| 48. -PIMCO Inflation Managed | A | Dividend | J | T | | | | | |
| 49. -Wester Asset Management Inflation Strategy | A | Dividend | J | T | | | | | |
| 50. -Pacific Asset Management Core Income | A | Dividend | J | T | | | | | |
| 51. -PIMCO Managed Bond | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| La Rue, Denise K. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Western Asset Management Diversified Bond | A | Dividend | J | T | | | | | |
| 53. -Eaton Vance Floating Rate | A | Dividend | J | T | | | | | |
| 54. -Pacific Asset Management Floating Rate | A | Dividend | J | T | | | | | |
| 55. --Pacific Asset Management High Yield | A | Dividend | J | T | | | | | |
| 56. -BlueBay Absolute Return | A | Dividend | J | T | | | | | |
| 57. -Ashmore Emerginig Market Debt | A | Dividend | J | T | | | | | |
| 58. -UBS/MCG Currency Strategy | A | Dividend | J | T | | | | | |
| 59. -ClearBridge Large Cap Value | A | Dividend | J | T | | | | | |
| 60. -Invesco Comstock | A | Dividend | J | T | | | | | |
| 61. -JPMorgan Value Advantage | A | Dividend | J | T | | | | | |
| 62. -BlackRock Equity Index | A | Dividend | J | T | | | | | |
| 63. -JPMorgan Long/Short | A | Dividend | J | T | | | | | |
| 64. -Oppenheimer Main Street Core | A | Dividend | J | T | | | | | |
| 65. -TRowe Price Dividend Growth | A | Dividend | J | T | | | | | |
| 66. -BlackRock Large Cap Growth | A | Dividend | J | T | | | | | |
| 67. -MFS Growth | A | Dividend | J | T | | | | | |
| 68. -Boston Partners Mid Cap Value | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| La Rue, Denise K. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -Scout Investments Mid Cap Equity | A | Dividend | J | T | | | | | |
| 70.   -IvyFunds Mid Cap Growth | A | Dividend | J | T | | | | | |
| 71.   -AB Small Cap Value | A | Dividend | J | T | | | | | |
| 72.   -BlackRock Small Cap Index | A | Dividend | J | T | | | | | |
| 73.   -Franklin Templeton Small Cap Equity | A | Dividend | J | T | | | | | |
| 74.   -Lord Abbott Small Cap Growth | A | Dividend | J | T | | | | | |
| 75.   -Morgan Stanley Real Estate | A | Dividend | J | T | | | | | |
| 76.   -AQR Equity Long/Short | A | Dividend | J | T | | | | | |
| 77.   -JPMorgan International Value | A | Dividend | J | T | | | | | |
| 78.   -MFS International Large Cap | A | Dividend | J | T | | | | | |
| 79.   -QS Batterymarch International Small Cap | A | Dividend | J | T | | | | | |
| 80.   -Oppenheimer Emerging Markets | A | Dividend | J | T | | | | | |
| 81. | | | | | | | | | |
| 82.   Lee Alig, personal loan receivable | A | Interest | J | T | | | | | |
| 83.   Chase Bank Accounts | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| La Rue, Denise K. | 05/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Denise K. La Rue**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544